PAUL E. MANASIAN (130855)
GREGORY A. ROUGEAU (194437)
MANASIAN & ROUGEAU LLP
400 Montgomery Street, Suite 1000
San Francisco, CA 94104
Telephone: (415) 291-8425
Facsimile: (415) 291-8426
Email: manasian@mrlawsf.com
Email: rougeau@mrlawsf.com

Proposed Attorneys for Debtor in Possession,
HILLCREST VALERO, LLC

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| In re: | Case No. 09-72158 |
| HILLCREST VALERO, LLC, | Chapter 11 |
| Debtor. | **EX PARTE APPLICATION TO EMPLOY COUNSEL FOR CHAPTER 11 DEBTOR IN POSSESSION** |
| EIN: 68-0476396 | |

HILLCREST VALERO, LLC, the debtor and debtor in possession herein (the "Debtor"), hereby applies for entry of an Order authorizing and approving the employment of the law firm of Manasian & Rougeau LLP as its reorganization counsel in this Chapter 11 proceeding.

### **NOTICE OF APPLICATION**

This Application is being served upon the United States Trustee, through the Court's ECF system. The Debtor respectfully submits that no further notice to any parties is required, and that

this Application may be submitted to the Court on an ex parte basis pursuant to Local Bankruptcy Rule 9014-1.

## SUMMARY OF RELIEF REQUESTED

This Application requests approval of the law firm of Manasian & Rougeau LLP as the Debtor's reorganization counsel in the above-captioned Chapter 11 case.

## BACKGROUND AND BASIS FOR RELIEF

The Debtor filed its Voluntary Petition under Chapter 11 of the Bankruptcy Code on December 21, 2009.

The Debtor has investigated Manasian & Rougeau and has selected Manasian & Rougeau based upon the firm's ability, integrity, and professional experience, as well as Manasian & Rougeau's familiarity with the Debtor and the circumstances which prompted the commencement of this bankruptcy proceeding.

Manasian & Rougeau has agreed to represent the Debtor subject to approval by this Court. To its knowledge, Manasian & Rougeau has no connection with the Debtor, the Debtor's creditors, any other parties in interest, their respective attorneys or accountants, the United States Trustee, or any person employed in the office of the United States Trustee, and does not hold or represent any interest adverse to the Debtor's estate. By this Application, the Debtor respectfully submits that given Manasian & Rougeau's skill and expertise and its familiarity with the Debtor and this case, Manasian & Rougeau's representation of the Debtor is appropriate.

The Debtor has agreed with Manasian & Rougeau, subject to this Court's approval, that Manasian & Rougeau will be employed on the terms set forth herein. All compensation for services and reimbursement of expenses are subject to final approval by this Court in accordance with 11 U.S.C. § 330, 331, 503 and 507, following a duly noticed hearing on an appropriately filed fee application. The current hourly rate of the professionals to be employed in connection with this matter are as follows:

| Name | Rate Per Hour |
|---|---|
| Paul E. Manasian | $435.00 |
| Gregory A. Rougeau | $385.00 |
| Paralegals | $100.00 |

Attorneys' fees will be billed in minimum increments of one-tenth (1/10) of an hour, even though the actual time may be less. These hourly rates are subject to review and modification on a semi-annual basis.

The Debtor has also agreed that Manasian & Rougeau will be reimbursed for its reasonable out of pocket expenses incurred in connection with its employment according to the following schedule:

| Description | Amount |
|---|---|
| Automobile travel | .48 per mile |
| Internal copying/printing | .20 per page |
| Computerized research | Actual cost |
| Court reporters fee | Actual cost |
| Long distance telephone | Actual cost |
| Messenger: | Actual cost |
| Other travel (i.e. airfare): | Actual cost |
| Outside copying: | Actual cost |
| Overnight delivery: | Actual cost |
| Parking: | Actual cost |
| Postage: | Actual cost |
| Process service: | Actual cost |
| Reproduction | .20 per page |
| U.C.C. searches: | Actual cost |
| Witness fees: | Actual cost |

Within ninety (90) days prior to the filing of the Debtor's Voluntary Petition, Manasian & Rougeau received the following payments for insolvency counseling and bankruptcy representation:

| Date | Amount | Nature of Payment |
|---|---|---|
| December 18, 2009 | $26,039.00 | Prepetition retainer, and Chapter 11. filing fee. |

The source of the above payments was Frank M. Hann, one of the members of the Debtor.

The Debtor has also agreed that Manasian & Rougeau shall have the right to move the Bankruptcy Court for an order approving an interim compensation procedure allowing the Debtor to pay attorneys' fees and costs on a monthly basis, and if such an interim compensation procedure is approved by the Court, such fees and costs shall be so paid.

-3-
EX PARTE APPLICATION

| | |
|---|---|
| 1 | The Debtor has further acknowledged that in the event that Manasian & Rougeau does not |
| 2 | so move the Court or the Court does not approve such an interim compensation procedure, |
| 3 | Manasian & Rougeau shall have the right to apply to the Court for fees and costs pursuant to the |
| 4 | provisions of the Bankruptcy Code, which authorizes applications for such interim compensation |
| 5 | to be submitted once every one hundred twenty (120) days, or more frequently if authorized by the |
| 6 | Court. Prior to the submission of such applications, Manasian & Rougeau shall invoice the Debtor |
| 7 | in the regular course of its business, and the Debtor has agreed to make payment to Manasian & |
| 8 | Rougeau upon Court approval of such fees and costs. |

WHEREFORE, the Debtor moves the Court for entry of an Order:

1. Authorizing and approving the employment of Manasian & Rougeau as counsel to the Debtor in this Chapter 11 case on the terms set forth herein; and

2. Granting such further relief as the Court deems appropriate and necessary.

Dated: December 31, 2009

HILLCREST VALERO, LLC

By: /s/ *Ricky A. Branchini*
Ricky A. Branchini
Managing Member

-4-